476 A.2d 89

Commonwealth v. Poindexter, Appellant.

Submitted February 27, 1984. Richard S. Levine, Assistant Public Defender, for appellant; Melinda G. Tell, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Affirmed.